NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL DALE MEEKS,                       )
                                          )
            Appellant,                    )
                                          )
v.                                        )
                                          )     Case No.  2D18-4126
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
                                          )
_____)

Opinion filed June 28, 2019.

Appeal from the Circuit Court for Hardee
County; Marcus J. Ezelle, Judge.

Howard L. Dimmig, II, Public Defender,
and Carly J. Robbins-Gilbert, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and BADALAMENTI, JJ., Concur.